1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

13

## SOUTHERN DISTRICT OF CALIFORNIA

14
15

UNITED STATES OF AMERICA,

Case No. 18-mj-10751-BAS-1

Plaintiff,

16

**ORDER REGARDING BOND APPEAL**

17

v.

18

MAHESHWAR MAHESHWAR,

19

Defendant.

20
21

    Mr. Maheshwar is charged with unlawfully eluding examination and

22

inspection by immigration officers in violation of 8 U.S.C. § 1325(a)(2).  On October

23

12, 2018, the Magistrate Judge held a detention hearing.  (ECF No. 6.)  In her pretrial

24

release order, the Magistrate Judge required Defendant to post a $2,500 cash or

25

corporate surety bond to be released from custody.  (ECF No. 7.)  She also required

26

that Mr. Maheshwar's anticipated residency "be approved by [Pretrial Services] prior

27

to release."  (*Id.*)

28

On October 19, 2018, Mr. Maheshwar appealed the Magistrate Judge's detention order. (ECF No. 12.) He argues that he "is an asylum-seeker and is subject to an immigration detainer under 18 U.S.C. § 3142(d). As such, upon posting bond he will go into immigration custody and begin asylum proceedings. However, because Pretrial Services will not approve immigration custody as a residence, [he] cannot be released and has, essentially, been detained." (*Id.*)

On October 22, 2018, the Magistrate Judge held a bond hearing for Mr. Maheshwar, where the Magistrate Judge removed the condition of release regarding approval of Defendant's residency. (ECF Nos. 13, 15.) The Magistrate Judge held one final bond hearing on October 30, 2018, where she granted Pretrial Services the "authority to allow defendant to reside at CAI," provided space is available. (ECF Nos. 19–20.) On the same day, Mr. Maheshwar posted bond and was released from criminal custody. (ECF Nos. 17–18.)

That said, Mr. Maheshwar's bond appeal remains pending. A transcript of the bond proceedings has not been filed. If Mr. Maheshwar desires to still challenge the Magistrate Judge's bond determination, the Court directs him to order a transcript of the relevant proceedings no later than **November 9, 2018**. Upon receipt of the transcript, the Court will set a briefing schedule on the appeal. Alternatively, if Mr. Maheshwar's appeal is now moot, the Court directs him to file a request to dismiss the appeal no later than **November 9, 2018**.

**IT IS SO ORDERED.**

**DATED: November 6, 2018**

Hon. Cynthia Bashant
United States District Judge

18mj10751